UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:13-MJ-1220-WW

FILED IN OPEN COURT

ON __5/14/'13__

Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

V.

DISMISSAL
ORDER

DURHAM, HANNAH M.

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason: **Superseding Criminal Information to add new charges**.

Offenses: DWI, Child Neglect, DWI, DWI, and Child Neglect

Category: O

Initial Docket Date:

Submitted on: 13 May 2013

EILEEN C. WHIPPLE
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This __14__ day of __May__, 2013.

United States Magistrate Judge

`